KRUEGER DISTRIBUTING CO. v.
VAN MUNCHING & CO., INC.

April 18, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIE G. STRICKLAND.

April 18, 1978. Petition for certification denied.

PROMONT REALTY CORP. v. TOWN OF WEST ORANGE.

April 18, 1978. Petition for certification denied.

JAMES C. KOTZIAN v. DONALD E. BARR, JR.

April 18, 1978. Petition for certification granted. (See
152 *N. J. Super.* 561).

JAMES C. KOTZIAN v. DONALD E. BARR, JR.

April 18, 1978. Cross-petition for certification denied.
(See 152 *N. J. Super.* 561).

STATE OF NEW JERSEY IN THE INTEREST OF
G. F. AND S. P. H.

April 18, 1978. Petition for certification denied.